PROB. 35
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

v.

**Docket # 4:02CR3003-1**

**Maria G. Herrera**

---

On August 2, 2002, Maria G. Herrera was sentenced to 70 months custody, to be followed by 3 years supervised release. The period of supervised release commenced December 1, 2004. Ms. Herrera has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Maria G. Herrera be discharged from supervision.

Respectfully submitted,

David E. Goering, Supervising
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15th day of December, 2006.

The Honorable Lyle E. Strom
United States Senior District Judge